COUNTY OF DENVER, COLORADO, ET AL. Sup. Ct. Colo. Motions of Chevron Corp. and Edison Electric Institute et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition.

No. 89–591. LEE *v.* BIDEN, UNITED STATES SENATOR, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 89–5460. ROGERS *v.* TEXAS. Ct. Crim. App. Tex.;
No. 89–5534. MORALES *v.* CALIFORNIA. Sup. Ct. Cal.;
No. 89–5575. NOLTE *v.* OKLAHOMA. Ct. Crim. App. Okla.;
No. 89–5707. MENDYK *v.* FLORIDA. Sup. Ct. Fla.; and
No. 89–5798. BLANKS *v.* KEMP, WARDEN. Super. Ct. Ga., Butts County. Certiorari denied. Reported below: No. 89–5460, 774 S. W. 2d 247; No. 89–5534, 48 Cal. 3d 527, 770 P. 2d 244; No. 89–5707, 545 So. 2d 846.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 89–5765. FRANZ, INDIVIDUALLY AND AS NEXT FRIEND OF SIMMONS, ET AL. *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Motion of the parties to consolidate this petition with No. 88–7146, *Whitmore, Individually and as Next Friend of Simmons* v. *Arkansas et al.* [certiorari granted, 492 U. S. 917], denied. Certiorari before judgment denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 88–1708. SPAWR OPTICAL RESEARCH, INC., ET AL. *v.* UNITED STATES, *ante,* p. 809;

No. 88–1966.   ZILL v. AVIS RENT-A-CAR SYSTEMS, INC., *ante,* p. 816;

No. 88–1979.   FLEMING v. MOORE ET AL., *ante,* p. 816;

No. 88–2106.   ROSENBERG v. COMERICA BANK, *ante,* p. 824;

No. 88–2116.   JOHNSON v. JOHNSON ET AL., *ante,* p. 824;

No. 88–2127.   VAHLSING v. MAINE, *ante,* p. 825;

No. 88–6850.   STREETER v. NATIONAL LABOR RELATIONS BOARD, *ante,* p. 826;

No. 88–6976.   WOOLWORTH v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 827;

No. 88–7139.   STUTZMAN v. BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL., *ante,* p. 828;

No. 88–7180.   JARRELLS v. GEORGIA, *ante,* p. 874;

No. 88–7204.   KERKMAN v. UNITED STATES, *ante,* p. 828;

No. 88–7217.   GAMES v. INDIANA, *ante,* p. 874;

No. 88–7278.   DEVINE v. HERALD-MAIL CO., *ante,* p. 830;

No. 88–7316.   GORMAN v. UNITED STATES, *ante,* p. 828;

No. 88–7388.   DOE v. UNITED STATES, *ante,* p. 906;

No. 88–7418.   KELLY v. HINES-RINALDI FUNERAL HOME, INC., *ante,* p. 835;

No. 88–7429.   ASCH v. PHILIPS, APPEL & WALDEN, INC., ET AL., *ante,* p. 835;

No. 88–7435.   MARTIN v. TOWNSEND ET AL., *ante,* p. 875;

No. 88–7465.   UNDERWOOD v. INDIANA, *ante,* p. 900;

No. 88–7475.   WESTOVER v. UNITED STATES, *ante,* p. 837;

No. 88–7491.   VAN LEEUWEN ET VIR v. UNITED STATES ET AL., *ante,* p. 838;

No. 88–7495.   POTTS v. GEORGIA, *ante,* p. 876;

No. 88–7504.   FORGEY ET UX. v. BACA STATE BANK ET AL., *ante,* p. 839;

No. 88–7514.   HARNAGE v. UNITED STATES, *ante,* p. 839;

No. 88–7597.   WRIGHT v. UNITED STATES, *ante,* p. 844;

No. 88–7612.   KARAAGAC v. DISTRICT OF COLUMBIA BOARD OF MEDICINE, *ante,* p. 844;

No. 88–7619.   ROBERTSON v. CALIFORNIA, *ante,* p. 879;

No. 88–7627.   NELSON v. INGRAM ET AL., *ante,* p. 845;

No. 89–69.   LOVE v. UNITED STATES, *ante,* p. 849;

No. 89–74.   NOBLE v. WATKINS, SECRETARY OF ENERGY, *ante,* p. 890;

No. 89–76.   PATNER v. COUNTY OF LAKE, *ante,* p. 849;

No. 89–88. WOODWARD v. STATE BAR OF GEORGIA ET AL., *ante*, p. 849;

No. 89–105. ROBINSON v. QUICK ET AL., *ante*, p. 850;

No. 89–160. O'CONNOR v. MULLIGAN, *ante*, p. 853;

No. 89–185. CONNOR v. SACHS ET AL., *ante*, p. 854;

No. 89–203. SIEGEL v. EDMONDS CO., INC., PROFIT SHARING PLAN ET AL., *ante*, p. 854;

No. 89–249. KENNA v. NEW JERSEY, *ante*, p. 855;

No. 89–340. LERMAN v. CITY OF PORTLAND, MAINE, *ante*, p. 894;

No. 89–341. GRADER v. CITY OF LYNNWOOD, *ante*, p. 894;

No. 89–5038. BROWNLEE v. ALABAMA, *ante*, p. 874;

No. 89–5040. THOMPSON v. ALABAMA, *ante*, p. 874;

No. 89–5053. BOYD v. ALABAMA, *ante*, p. 883;

No. 89–5066. CHURCH v. THOMPSON, WARDEN, ET AL., *ante*, p. 859;

No. 89–5081. DAVIS v. DAVIS, *ante*, p. 859;

No. 89–5099. KINSMAN v. GEORGIA, *ante*, p. 874;

No. 89–5105. HORNE v. ALLEN METROPOLITAN HOUSING AUTHORITY, *ante*, p. 860;

No. 89–5143. TOMPKINS v. UNIVERSITY OF SOUTH ALABAMA ROTC, MILITARY SCIENCE DEPARTMENT, ET AL., *ante*, p. 862;

No. 89–5157. WASHINGTON v. MARTIN ET AL., *ante*, p. 862;

No. 89–5192. TEMPEL v. VALLEY HOSPITAL ET AL., *ante*, p. 864;

No. 89–5200. MORRIS v. CHRISTIAN HOSPITAL, *ante*, p. 864;

No. 89–5264. RIVA v. GETCHELL ET AL., *ante*, p. 866;

No. 89–5298. YANG v. MCCARTHY ET AL., *ante*, p. 868;

No. 89–5330. VENERI v. CASEY, GOVERNOR OF PENNSYLVANIA, ET AL., *ante*, p. 896;

No. 89–5344. VINSON v. WATKINS, *ante*, p. 896;

No. 89–5372. LAWRENCE v. UNITED STATES ARMY (FORT HOOD), *ante*, p. 938;

No. 89–5373. LAWRENCE v. UNITED STATES ARMY (TACOM), *ante*, p. 938;

No. 89–5386. CASSADY v. ADAIR, INDIVIDUALLY AND AS SUPERINTENDENT OF MONTGOMERY COUNTY SCHOOLS, ET AL., *ante*, p. 870;

No. 89–5387. PERKINS v. ILLINOIS, *ante*, p. 897;

No. 89–5409. IN RE OGDEN, *ante*, p. 888;

No. 89–5411. IN RE SOBAMOWO, *ante*, p. 888;

No. 89–5530.  ZARRILLI *v.* GARRITY ET AL., *ante*, p. 899;

No. 89–5556.  BROWN-BEY *v.* UNITED STATES, *ante*, p. 899; and

No. 89–5642.  IN RE SPARKS, *ante*, p. 916.  Petitions for rehearing denied.

No. 86–1523.  CHANDLER *v.* CHANDLER, 481 U. S. 1049; and

No. 87–1689.  CHANDLER *v.* CHANDLER ET AL., 486 U. S. 1023.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Motion for leave to file petition for rehearing denied.

No. 89–5271.  MARTIN *v.* PENNSYLVANIA STATE REAL ESTATE COMMISSION ET AL., *ante*, p. 883.  Petition for rehearing denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

## NOVEMBER 29, 1989

No. A–412 (89–6144).  PREJEAN *v.* SMITH, WARDEN, ET AL. Sup. Ct. La.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay terminates automatically.  In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

## DECEMBER 1, 1989

No. 88–790.  TURNOCK, DIRECTOR OF THE ILLINOIS DEPARTMENT OF PUBLIC HEALTH, ET AL. *v.* RAGSDALE ET AL.  C. A. 7th Cir.  [Probable jurisdiction postponed, 492 U. S. 916.]  Joint motion to defer further proceedings in this case granted.  JUSTICE STEVENS took no part in the consideration or decision of this motion.

## DECEMBER 4, 1989

No. A–390.  CLARK *v.* CLARK ET AL.  Sup. Ct. Iowa.  Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.